### BAIRD *et al.* v. BATE.

FISH, J.　There was no error in admitting or rejecting evidence ; the alleged newly discovered evidence could have been discovered by the exercise of ordinary diligence ; the charges complained of were substantially correct ; and the evidence warranted the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 9, — Decided October 30, 1902.

Equitable petition.　Before Judge Gober.　Cobb superior court. May 5, 1902.

*Sessions & Moss*, for plaintiffs in error.
*D. W. Blair* and *B. T. Frey*, contra.